## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

Barbara Dunn

Date: 7/29/2015

Clerk:      MG
Comments: DUE FOR COPIES

| Case No. | Case title | Amount Due |
|---|---|---|
| 25CI1:15-cv-00356-WAG | TYSON v. Lakeland Nursing and Rehabilitation Center LLC et al | $15.00 |