IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BRENDA TYSON, individually, as the natural daughter
and a wrongful death beneficiary of the life of BONNIE H.
BARDWELL, and as Administratrix of the Estate of
BONNIE H. BARDWELL, Deceased                                         PLAINTIFF

V.                                             CIVIL ACTION NO. 3:15-cv-571-WHB-JCG

LAKELAND NURSING AND
REHABILITATION CENTER, LLC;
and DEFENDANTS A THROUGH M                                          DEFENDANTS

## JUDGMENT

The parties having reached an amicable resolution of this case, and having requested a dismissal of the case with prejudice, the Court hereby dismisses all claims in this case with prejudice.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 5th day of December, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE